

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2015

No. 04-15-00576-CV

**IN THE INTEREST OF J.J.B.ET AL., CHILDREN**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00411
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

    Appellant Krystal Barrera's motion for extension of time to file brief is hereby
GRANTED. Time is extended to December 29, 2015.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 10th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court